IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA,       )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        4:20cr16-18
                                    )
HOLLY HEDDLE,                       )
                                    )
        Defendant.                  )

**O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed

on behalf of the defendant have been complied with and/or resolved by agreement.  Therefore, a

hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 562-581) filed on behalf of the

defendant, Holly Heddle, are DISMISSED.

SO ORDERED, this 17th day of May 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA